IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HAYWOOD PAYNE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-3408 |
| | : | |
| MANSION AT BALA | : | |

### ORDER

AND NOW, this 1st day of February, 2024, upon consideration of Defendant Mansion at Bala's Motion to Dismiss (ECF No. 7), Plaintiff Edward Haywood Payne Jr.'s opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED, and Payne's Complaint is DISMISSED WITHOUT PREJUDICE.

It is FURTHERED ORDERED Payne may file an Amended Complaint on or before March 1, 2024. If Payne does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before March 1, 2024 stating that intent, at which time the Court will issue a final order dismissing the case. If Payne fails to file any response to this Order, the Court will conclude that Payne intends to stand on his Complaint and will issue a final order dismissing this case.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.